# UNITED STATES DISTRICT COURT
for the
District of Alaska ▼

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:22-cr-00087-SLG-KFR |
| Prince William Sound Aquaculture Corporation | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10-17-22

_[signed] on behalf of PWSAC_
*Defendant's signature*

_[signed]_
*Signature of defendant's attorney*

Jeffrey W. Robinson
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*