S. LANE TUCKER
United States Attorney

JENNIFER IVERS
Assistant U.S. Attorney
GWENDOLYN RUSSELL
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jennifer.ivers@usdoj.gov
Email: russell.gwendolyn@epa.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCE WILLIAM SOUND AQUACULTURE CORPORATION,<br><br>Defendant. | No. 3:22-cr-00087-SLG-KFR |

**JOINT MOTION TO SET COMBINED ARRAIGNMENT AND CHANGE OF PLEA**

The United States, by and through undersigned counsel, and defendant Prince William Sound Aquaculture Corporation, through attorneys Matthew Findley and Jeffrey Robinson, respectfully ask this Court to set a combined arraignment and change of plea hearing. The parties have filed a signed plea agreement at Docket 5, a Rule 11 waiver at

Docket 3, and a Waiver of Indictment at Docket 4. Arraignment is currently set for 2pm on November 9, 2022. The parties have conferred and are available for a Change of Plea hearing at the same date and time. Alternatively, the parties are available between November 1 and 4, 2022.

      RESPECTFULLY SUBMITTED October 24, 2022 at Anchorage, Alaska.

      S. LANE TUCKER
      United States Attorney

      /s Jennifer Ivers
      JENNIFER IVERS
      Assistant United States Attorney
      United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2022
a true and correct copy of the foregoing
was served electronically on:

Matthew Findley and Jeffrey Robinson

/s Jennifer Ivers
Office of the U.S. Attorney

U.S. v. Prince William Sound Aquaculture Corporation
3:22-cr-00087-SLG-KFR     Page 2 of 2
Case 3:22-cr-00087-SLG-KFR   Document 7   Filed 10/24/22   Page 2 of 2